468 A.2d 826

Commonwealth v. Sahonic, Appellant.

Submitted September 23, 1983. Frederick S. Wolf, for appellant; William L. Thurston, Assistant District Attorney, for Commonwealth, appellee.

Before WIEAND, CIRILLO and JOHNSON, JJ.

Order and judgment of sentence affirmed.

468 A.2d 826

Commonwealth v. Snyder, Appellant.

Petition for Allowance of Appeal
Denied April 18, 1984.

Argued February 4, 1983. Brian C. Engelhardt, for appellant; George C. Yatron, District Attorney, for Commonwealth, appellee.

Before WIEAND, McEWEN and MONTGOMERY, JJ.

The judgment of sentence of the learned Berks County Common Pleas Court Judge Arthur Ed Saylor is affirmed with the exception of the judgment of sentence for criminal conspiracy which is vacated.

WIEAND, J., concurred in the result.